IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RALPH WARREN GOLDEN,**

    **Petitioner,**

v.                                       Case No. 1:22-cv-146-AW-MAF

**SECRETARY, DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's August 2, 2022 Report and Recommendation. ECF No. 7. No objections have been filed. I agree with the magistrate judge that the § 2254 petition must be dismissed for lack of jurisdiction. I now adopt and incorporate the Report and Recommendation into this order.[1] The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of subject-matter jurisdiction." The clerk will then close the file.

SO ORDERED on September 6, 2022.

                                                          s/ *Allen Winsor*
                                                          United States District Judge

---

[1] Subject to one exception: I do not adopt the discussion regarding a certificate of appealability. That is not at issue here because the dismissal is for lack of subject-matter jurisdiction. *See Osbourne v. Sec'y, Florida Dep't of Corr.*, 968 F.3d 1261, 1264 (11th Cir. 2020).